# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-00142-DF |
| | § | |
| AARON BROTHERS, INC.; | § | Jury Trial Demanded |
| ACADEMY LTD. | § | |
| DBA ACADEMY SPORTS + OUTDOORS; | § | |
| ADAMS GOLF INC.; | § | |
| ADAMS GOLF, LTD.; | § | |
| COMERICA INCORPORATED; | § | |
| COMPUSA.COM INC.; | § | |
| CONN'S, INC.; | § | |
| FOSSIL INC.; | § | |
| GAMESTOP, INC.; | § | |
| HOMESTYLE DINING LLC; | § | |
| HOTELS.COM, L.P.; | § | |
| PIER 1 IMPORTS, INC.; | § | |
| RUG DOCTOR, INC.; | § | |
| STAGE STORES INC.; | § | |
| TIGERDIRECT, INC; AND | § | |
| WHOLE FOODS MARKET, INC., | § | |
| | § | |
| Defendants. | § | |

## [PROPOSED] DOCKET CONTROL ORDER

In accordance with the case Status Conference held herein on the 7th day of July 2011, it is ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 1 | Initial Case Management Conference | Patent L.R. 2-1 FRCP 26(f) | Thursday, July 07, 2011 |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | Patent L.R. 3-1 | Monday, June 27, 2011 |
| 3 | Patentee makes Document Production Accompanying Disclosure | Patent L.R. 3-2 | Monday, June 27, 2011 |
| 4 | Initial Disclosures | FRCP 26(a)(1) | Friday, July 22, 2011 |
| 5 | Accused Infringer serves Preliminary Invalidity Contentions | Patent L.R. 3-3 | Wednesday, August 31, 2011 |
| 6 | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions | Patent L.R. 3-4 | Wednesday, August 31, 2011 |
| 7 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | Wednesday, September 14, 2011 |
| 8 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court | | N/A |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(b) | Monday, September 26, 2011 |
| 10 | Deadline for early voluntary mediation at the Parties' request | | Thursday, December 22, 2011 |

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2 | Monday, October 10, 2011 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | Monday, October 31, 2011 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L. R. 4-3 | Monday, November 7, 2011 |
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions | | Thursday, December 15, 2011 |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for dispositive motions | | Monday, January 16, 2012 |
| 16 | Completion of Claim Construction Discovery | Patent L.R. 4-4 | Friday, November 18, 2011 |
| 17 | Patentee files opening claim construction brief | Patent L. R. 4-5(a) | Monday, December 12, 2012 |
| 18 | Accused Infringer files responsive claim construction brief | Patent L. R. 4-5(b) | Thursday, January 12, 2012 |
| 19 | Patentee files reply brief on claim construction | Patent L. R. 4-5(c) | Monday, January 23, 2012 |
| 20 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction | | Friday, January 27, 2012 |

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 21 | Parties file Join Claim Construction Chart | Patent L. R. 4-5(d) | Wednesday, February 1, 2012 |
| 22 | Pre-hearing Conference and technical tutorial if necessary | | Wednesday, February 8, 2012 |
| 23 | Claim Construction Hearing | Patent L.R. 4-6 | Thursday, February 9, 2012 |
| 24 | Court's Claim Construction Ruling | | TBD - Court to Schedule |
| 25 | Patentee makes Final Infringement Contentions | Patent L.R. 3-6(a) | TBD - Court to Schedule |
| 26 | Accused Infringer serves Preliminary Unenforceability Contentions | | TBD - Court to Schedule |
| 27 | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | TBD - Court to Schedule |
| 28 | Accused Infringer makes Final Invalidity Contentions | Patent L.R. 3-6(b) | TBD - Court to Schedule |
| 29 | Accused Infringer makes disclosure relating to willfulness | Patent L.R. 3-8 | TBD - Court to Schedule |

Case 2:11-cv-00142-DF-CMC Document 120 Filed 07/20/11 Page 4 of 4 PageID #: 594

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 30 | Accused Infringer makes Final Unenforceability Contentions | | TBD - Court to Schedule |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre¬trial conference | | TBD - Court to Schedule |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2) L.R. CV-26(b) | TBD - Court to Schedule |
| 33 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | TBD - Court to Schedule |
| 34 | Deadline for late mediation at the Parties' request | | Friday, September 7, 2012 |
| 35 | Deadline for completion of expert discovery | | TBD - Court to Schedule |
| 36 | Deadline for objections to other parties' expert witnesses | | Thursday, July 26, 2012 |
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 60 days before the final pretrial conference | | Thursday, August 02, 2012 |
| 38 | Deadline for filing all *Daubert* motions | | Thursday, August 02, 2012 |
| 39 | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | Friday, August 31, 2012 |

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 40 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | Friday, August 31, 2012 |
| 41 | Defendant and Third-parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | Tuesday, September 11, 2012 |
| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motions in Limine, deposition designations, and exhibit and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | Friday, September 21, 2012 |
| 43 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | TBD - Court to Schedule |
| 44 | Final Pretrial Conference before Judge David Folsom | | Monday, October 01, 2012 |

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 45 | Jury Selection before Judge David Folsom | | Tuesday, October 02, 2012 |

## LIMITATIONS ON MOTIONS PRACTICE

**Summary Judgment Motions**: Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief in each of those matters shall be no longer than five (5) pages and shall be filed with the Court no later than sixty (60) days before the deadline for filing summary judgment motions. Answering letter briefs in each of those matters shall be no longer than five (5) pages and filed with the Court no later than fourteen (14) days thereafter. Reply briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than five (5) days thereafter. The Court may decide the question on the submissions or hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted.

**Motions to Strike Expert Testimony/Daubert Motions**: Prior to filing any Motions to Strike or Daubert Motions, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief in each of those matters shall be no longer than three (3) pages and shall be filed with the Court no later than sixty (60) days before the deadline for filing Motions to Strike or Daubert Motions. Answering letter briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than fourteen (14) days thereafter. Reply briefs in each of those matters shall be no longer than two (2) pages and filed with the Court no later than five (5) days thereafter. The Court may hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted.

For all of the above mentioned motions, the letter briefs shall be filed without exhibits. Any requests to submit letter briefs after the deadlines outlined above must show good cause.

## OTHER LIMITATIONS

1. All depositions to be read into evidence as part of the parties' case-in-chief shall be **EDITED** so as to exclude all unnecessary, repetitious, and irrelevant testimony; **ONLY** those portions which are relevant to the issues in controversy shall be read into evidence.

2. The Court will refuse to entertain any motion to compel discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter. See Eastern District of Texas Local Rule CV-7(h).

3. The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

(a) The fact that there are motions for summary judgment or motions to dismiss pending;

(b) The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

(c) The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**IT IS SO ORDERED**.

**SIGNED this 20th day of July, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE