IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-00142-DF |
| | § | |
| AARON BROTHERS, INC., et al., | § | |
| | § | |
| Defendants | § | |

**WHOLE FOODS MARKET, INC.'S NOTICE OF**
**<u>SERVICE OF INITIAL DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 26(c) and Federal Rule of Civil Procedure 26(a)(1), Defendant Whole Foods Market, Inc. hereby provides notice to the Court that all counsel of record have been served with Whole Foods Market, Inc's Initial Disclosures on July 22, 2011.

Dated: July 22, 2011

Respectfully submitted,

KING & SPALDING LLP

By: /s/ Brad Thompson
    R. William Beard, Jr.
    Texas State Bar No. 00793318
    Brad Thompson
    Texas State Bar No. 24046968
    401 Congress Avenue, Suite 3200
    Austin, Texas 78701
    (512) 457-2000
    (512) 457-2100 (fax)
    Email: wbeard@kslaw.com
    Email: bthompson@kslaw.com

*Attorneys for Whole Foods Market, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via electronic transmission on this 22nd day of July, 2011.

/s/ Brad Thompson
Brad Thompson

**WHOLE FOODS MARKET, INC.'S**
**NOTICE OF SERVICE OF INITIAL DISCLOSURES**