**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LBS INNOVATIONS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:11-cv-00142-DF |
| AARON BROTHERS, INC.; | § | Jury Trial Demanded |
| ACADEMY, LTD.; | § | |
| ADAMS GOLF, LTD.; | § | |
| COMERICA INCORPORATED; | § | |
| COMPUSA.COM INC.; | § | |
| CONN'S, INC.; | § | |
| FOSSIL INC.; | § | |
| GAMESTOP CORP. DBA GAMESTOP | § | |
|     CORP. OF DELAWARE; | § | |
| HOMESTYLE DINING LLC; | § | |
| HOTELS.COM, L.P.; | § | |
| PIER 1 IMPORTS, INC.; | § | |
| RUG DOCTOR, INC.; | § | |
| STAGE STORES, INC.; | § | |
| TIGERDIRECT, INC; AND | § | |
| WHOLE FOODS MARKET, INC., | § § | |
| *Defendants.* | § | |

**LBS INNOVATIONS, LLC'S NOTICE OF COMPLIANCE**

Plaintiff LBS Innovations, LLC ("LBSI") hereby notifies the Court that on October 11, 2011, Plaintiff served their Preliminary Claim Constructions and Preliminary Identification of Extrinsic Evidence Pursuant to Patent Rule 4-2 on Defendants.

Dated: October 12, 2011

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Brian A. Carpenter*
Christopher M. Joe *(Lead Counsel)*
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com

1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone:   (214) 466-1273
Facsimile:   (214) 635-1829

**ATTORNEYS FOR PLAINTIFF
LBS INNOVATIONS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 12th day of October 2011. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Brian A. Carpenter*
Brian A. Carpenter