# EXHIBIT B

# EXHIBIT B

**PLAINTIFF'S AND DEFENDANTS' PROPOSED CONSTRUCTIONS AND POSITIONS FOR DISPUTED CLAIM TERMS**

| Disputed Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| **"mappable hypertext item"** | "text or symbol, displayable in a spatial relationship to another item, that can be selected to access additional information" | No construction necessary.<br><br>Alternatively:<br><br>"a symbol, icon, or text item, which can be included in the map displayed on a computer and selected or clicked on by a user to provide additional information" |
| **"timely situation information"** | "current information about specific places, events, or their details" | "up-to-date information about an event or a condition occurring or about to occur" |
| **"a computer" / "said computer"** | "one or more computers" / "one of the one or more computers." | No construction necessary.<br><br>Alternatively:<br><br>"the user's computer" |
| **"displaying"** | "causing to appear" | plain and ordinary meaning |

| Disputed Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| **"making apparent to the aural and tactile senses of the user"** | This term does not require construction because it is not a limitation. | "conveying to the user through aural and tactile outputs" |
| **"optionally executably selected by said user to provide additional of said situation information"** | This phrase does not require construction and should be given its plain and ordinary meaning known to a person of ordinary skill in the art.<br><br>The phrase "situation information" should be construed as discussed above with reference to "timely situation information." The other words of this phrase do not require construction and should be given their plain and ordinary meaning known to a person of ordinary skill in the art. | "displayed in a manner that permits the user to select the item to automatically provide additional situation information about the item" |
| **The preamble ("A method of communicatively executing, including making apparent to the aural and tactile senses of the user, one or more transmittable mappable hypertext items representing people, organisms, and objects, including buildings, roads, vehicles, and signs, on a computer in a manner scalably representing interrelationships of said objects")** | The preamble is not a limitation and does not require construction.<br><br>The phrases "mappable hypertext items" and "a computer," which appear in the body of the claim, should be construed as discussed above. | The preamble is limiting. |

| Disputed Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| **"displaying selectably scalably said items on said computer whereby said user may quickly receive and display timely situation information mapped in the context of spatial information, including appropriate to a geographical or other area, in which said mappable hypertext items are quickly received, mapped, and optionally executably selected by said user to provide additional of said situation information or received, stored, and transmitted by a provider of said situation information"** | This phrase does not require construction and is not indefinite under 35 U.S.C. § 112. It should be given its plain and ordinary meaning known to a person of ordinary skill in the art.<br><br>The phrases "displaying," "selectably scalably," "said computer," "timely situation information," "mappable hypertext items" and "situation information" with reference to "timely situation information" should be construed as discussed above. | Indefinite under 35 U.S.C. § 112. |