IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:11-cv-00142-MHS |
| v. | § § | Jury Trial Demanded |
| AARON BROTHERS, INC.; *et al.*, | § § § | |
| *Defendants.* | § | |

### NOTICE OF COMPLIANCE WITH COURT'S LIMITATIONS ON MOTION PRACTICE ORDER

Pursuant to the Docket Control Order entered by the Court on July 20, 2011 (Dkt. 120), Plaintiff hereby notifies the Court that it hereby submits its answer letter brief regarding the request for permission to file a summary judgment motion of noninfringement by Defendant Rug Doctor, Inc., and joined in by the following additional Defendants: Academy, Ltd. ("Academy"), Adams Golf Inc. ("Adams"), CompUSA.com Inc. ("CompUSA.com"), Homestyle Dining LLC ("Homestyle"), Hotels.com ("Hotels.com"), and TigerDirect, Inc. ("TigerDirect"). Plaintiff's answering letter brief for each Defendant is attached as follows:

1. Rug Doctor, Inc. – Exhibit 1;

2. Academy – Exhibit 2;

3. Adams Golf - Exhibit 3;

4. CompUSA.com and TigerDirect – Exhibit 4;

5. Homestyle Dining – Exhibit 5; and

6. Hotels.com – Exhibit 6.

Dated: June 4, 2012                    Respectfully submitted,

                              **BUETHER JOE & CARPENTER, LLC**

By:   */s/ Eric W. Buether*
       Christopher M. Joe
       State Bar No. 00787770
       Chris.Joe@BJCIPLaw.com
       Eric W. Buether
       State Bar No. 03316880
       Eric.Buether@BJCIPLaw.com
       Brian A. Carpenter
       State Bar No. 03840600
       Brian.Carpenter@BJCIPLaw.com
       Mark D. Perantie
       State Bar No. 24053647
       Mark.Perantie@BJCIPLaw.com
       Niky Bukovcan
       State Bar No. 24078287
       Niky.Bukovcan@BJCIPLaw.com
       Monica Tavakoli
       State Bar No. 24065822
       Monica.Tavakoli@BJCIPLaw.com

       1700 Pacific Avenue
       Suite 4750
       Dallas, Texas 75201
       Telephone:   (214) 466-1271
       Facsimile:    (214) 635-1827

       **ATTORNEYS FOR PLAINTIFF**
       **LBS INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 4th day of June 2012. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Eric W. Buether*
Eric W. Buether