# United States District Court
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS LLC | § § § | |
| v. | § § § | Case No. 2:11-cv-142 |
| AARON BROTHERS, INC., ET AL. | § | |

### ORDER ON LETTER BRIEFS

Pursuant to the Court's Docket Control Order (Doc. No. 120), the parties must obtain leave of Court before filing any summary judgment motions, *Daubert* motions, or motions to strike expert testimony. As such, Defendants have filed letter briefs seeking leave to file summary judgment motions on a variety of issues. The Court makes the following rulings on Defendants' pending requests:

- Defendants Whole Foods Market, Inc. and Comerica Inc.'s request for leave to file a motion for summary judgment of noninfringement (Doc. No. 201) is **GRANTED**.

- Defendant Rug Doctor, Inc.'s request for leave to file a motion for summary judgment of noninfringement (Doc. No. 212) is **GRANTED**.

- Defendants Whole Foods Market, Inc. and Comerica Inc.'s request for leave to file a motion for summary judgment of invalidity (Doc. No. 213) is **DENIED**.

In filing any motions, Defendants are to adhere to the strict page limitations proscribed by the Local Rules. *See* Local Rule CV-7(a)(3).

**It is SO ORDERED.**

**SIGNED this 27th day of June, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE