# EXHIBIT D

## Comerica Incorporated's Infringement of U.S. Patent No. 6,091,956

Pursuant to P.R. 3-6 (a)(1), Plaintiff LBS Innovations LLC ("LBSI") hereby submits Amended Infringement Contentions based on the Court's Claim Construction Order (Dkt. 195).  Accordingly, this document shows how Comerica Incorporated ("Comerica") infringes Claim 11 of United States Patent No. 6,091,956 ("the '956 Patent").

Comerica directly infringes Claim 11 of the '956 Patent when its employees, agents or representatives test the Comerica website, including the Comerica Branch/ATM Locator, http://campaign.comerica.com/local?search=&type=All&.x=37&.y=13, in connection with making it available to the general public.  In so doing, Comerica has performed the claimed steps as described in Exhibit A involving the same "computer."  The Comerica Branch/ATM Locator also directly infringes the '956 Patent under the Doctrine of Equivalents as shown in Exhibit A.

Alternatively, Comerica indirectly infringes Claim 11 of the '956 Patent by inducing users to visit its website and utilize the Comerica Branch/ATM Locator as shown in Exhibits B and C.

Comerica also provides a software application, the "Comerica Mobile Banking," for mobile communication devices which provides a mobile Branch/ATM Locator with, presumably, substantially similar functionality to the Comerica Branch/ATM Locator website.  LBSI expects to supplement its infringement contentions with respect to the Comerica Mobile Banking application once discovery has been obtained.

These charts are preliminary, and LBS Innovations LLC ("LBSI") expects to supplement these charts once discovery has been obtained from Comerica, confirming that Comerica infringes Claim 11 as set forth in these infringement contentions.

**Comerica Incorporated Infringes U.S. Patent No. 6,091,956**
**Exhibit A**

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| 11. A method of communicatively executing, including making apparent to the aural and tactile senses of the user, one or more transmittable mappable hypertext items representing people, organisms, and objects, including buildings, roads, vehicles, and signs, on a computer in a manner scalably representing interrelationships of said objects, comprising the steps of: | Pursuant to the Court's Claim Construction Order, the preamble, including "making apparent to the aural and tactile senses of the user," is not a limitation.<br><br>Comerica Incorporated ("Comerica") has performed the steps of this claim by testing its website in connection with making it available to the general public.  In so doing, Comerica Branch/ATM Locator directly infringes Claim 11 by communicating transmittable hypertext items representing objects (e.g., Banking Centers, 24-hour ATMs, and Drive-throughs).  The locations are shown on scaled maps that show the relative position of these locations with respect to a location specified by the user.  *See, e.g.*, the following screenshot showing various mapped locations.  These steps are performed by Comerica involving the same "computer." |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| a. searching each of one or more unique mappable information code sequences, each of which said code sequences serving to uniquely represent one of said items and copied from the memory of said computer or received from an alternate source, for a field containing geographical coordinates, said each of said code sequences includes an item reference field, a name field, a location field including said geographical coordinates, and a data field, | The Comerica Branch/ATM Locator satisfies step (a) by performing the step of "searching each of one or more unique mappable information code sequences, each of which said code sequences serving to uniquely represent one of said items and copied from the memory of said computer or received from an alternate source, for a field containing geographical coordinates, said each of said code sequences includes an item reference field, a name field, a location field including said geographical coordinates, and a data field."<br><br>During Comerica's testing of the Comerica Branch/ATM Locator, a Comerica employee, agent or representative user enters a search criteria (e.g., a city and state or a zip code, and optionally a type of location) and clicks the "FIND LOCATIONS" button, a database of unique mappable information code sequences is searched based on the user-entered search criteria.  The user-entered search criteria in this example are Comerica locations near "Plano TX".  Each entry in this database of locations is a unique mappable information code sequence because each entry contains information about the Comerica location to which it corresponds, including geographical coordinates, which allows the Comerica location to be shown on the map.  LBSI believes the Comerica Branch/ATM Locator searches a database of unique mappable information code sequences corresponding to Comerica locations for at least the following reasons:<br><br>The publicly-available code for the Comerica Branch/ATM Locator shows that it contains a number of elements that are populated with information about particular Comerica locations.  An example entry from the map for one of the Comerica locations identified in the map above is excerpted below:<br><br>Comerica Bank\u003cbr\u002f\u003eParker-Premier         \u003c\u002fdiv\u003e\u000a \u003cdiv class=\u0022address\u0022\u003e\u003cdiv class=\u0022location vcard\u0022\u003e\u003cdiv class=\u0022adr\u0022\u003e\u000a\u003cspan class=\u0022fn\u0022\u003e\u003c\u002fspan\u003e\u000a\u003cdiv class=\u0022street-address\u0022\u003e3310 Premier Road\u003c\u002fdiv\u003e\u000a\u003cspan class=\u0022locality\u0022\u003ePlano\u003c\u002fspan\u003e, \u003cspan class=\u0022region\u0022\u003eTX\u003c\u002fspan\u003e  \u003cspan class=\u0022postal-code\u0022\u003e75023\u003c\u002fspan\u003e\u003cdiv class=\u0022country-name\u0022\u003eUnited States\u003c\u002fdiv\u003e\u000a\u003cspan class=\u0022geo\u0022\u003e\u003cabbr class=\u0022latitude\u0022 title=\u002233.041067\u0022\u003e33° 2\u0027 27.8412\u0022 N\u003c\u002fabbr\u003e, \u003cabbr class=\u0022longitude\u0022 title=\u0022-96.706963\u0022\u003e96° 42\u0027 25.0668\u0022 W\u003c\u002fabbr\u003e\u003c\u002fspan\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003cdiv class=\u0022map-link\u0022\u003e\u000a \u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e\u000a \u003cdiv class=\u0022phone\u0022\u003e\u000a \u003cspan\u003ePhone:\u003c\u002fspan\u003e\u000a        (972) 422-7102 \u003c\u002fdiv\u003e\u000a                    \u003cdiv class=\u0022fax\u0022\u003e\u003eFax:\u003c\u002fspan\u003e\u000a (972) 424-3879   \u003c\u002fdiv\u003e\u000a            \u003cdiv class=\u0022customer-service\u0022\u003e\u000a \u003cspan\u003eCustomer service:\u003c\u002fspan\u003e\u000a        (800) 925-2160   \u003c\u002fdiv\u003e\u000a \u003cdiv class=\u0022branch-type\u0022\u003eFull Service, Drive |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|

Through\u003c\u002fdiv\u003e\u000a          \u003cdiv class=\u0022gmap-directions\u0022\u003e\u000a \u003ca href=\u0022http:\u002f\u002fmaps.google.com\u002fmaps?daddr=3310%20Premier%20Road%2C%20Plano%2C%2 0TX%2C%2075023\u0022 target=\u0022_blank\u0022\u003eDirections to here\u003c\u002fa\u003e\u000a \u003c\u002fdiv\u003e\u000a          \u003cdiv class=\u0022gmap-streetview\u0022\u003e\u000a \u003ca href=\u0022javascript:void(0);\u0022\u003eStreet view\u003c\u002fa\u003e\u000a \u003c\u002fdiv\u003e\u000a      \u003c\u002fdiv\u003e\u000a          \u003cdiv id=\u0022atm\u0022\u003e\u000a             \u003cdiv class=\u0022atm- functionality\u0022\u003e\u000a          \u003cstrong\u003eATM Functionality:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a        Full Service Drive-Up \u003c\u002fdiv\u003e\u000a             \u003cdiv class=\u0022atm- availability\u0022\u003e\u000a          \u003cstrong\u003eATM Availability:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a        24 hours a day 7 days a week          \u003c\u002fdiv\u003e\u000a             \u003cdiv class=\u0022atm- location-type\u0022\u003e\u000a          \u003cstrong\u003eLocation Type:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a        Branch \u003c\u002fdiv\u003e\u000a          \u003c\u002fdiv\u003e\u000a          \u003cdiv id=\u0022hours\u0022\u003e\u000a             \u003cdiv class=\u0022branch- hours\u0022\u003e\u000a          \u003cstrong\u003eBanking Center Hours:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a        M-TH 9:00 - 4:00, F 9:00 - 6:00, SA 9:00 - 12:00          \u003c\u002fdiv\u003e\u000a             \u003cdiv class=\u0022drivein-hours\u0022\u003e\u000a          \u003cstrong\u003eDrive-in Hours:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a        M-F 7:30 - 6:00, S 9:00 - 12:00 \u003c\u002fdiv\u003e\u000a          \u003c\u002fdiv\u003e\u000a          \u003cdiv id=\u0022manager\u0022\u003e\u000a             \u003cdiv class=\u0022manager- name\u0022\u003e\u000a       \u003cstrong\u003eManager:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a        Molly Toombs          \u003c\u002fdiv\u003e\u000a             \u003cdiv class=\u0022manager- phone\u0022\u003e\u000a          \u003cstrong\u003eManager Phone:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a        (972) 422-7102 \u003c\u002fdiv\u003e\u000a          \u003c\u002fdiv\u003e\u000a      \u003c\u002fdiv\u003e\u000a \u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e", "opts": { "title": "", "highlight": 0, "highlightcolor": "#FF0000" }, "nid": "1002" }, { "latitude": 32.974706, "longitude": -96.709304, "markername": "comerica", "offset": 1,

This example shows that a database entry for a location contains, "an item reference field, a name field, a location field including said geographical coordinates, and a data field." The following list identifies exemplars for each of these fields:

- An item reference field: Presumably, each location includes an identifier, e.g., a database record number, a location number, etc. Each location also includes a unique value for the variable "nid", e.g., for the Parker-Premier location "nid=1002"
- A name field: Parker-Premier

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | • A location field including said geographical coordinates:  class=\u0022latitude\u0022 title=\u002233.041067\u0022\u003e33° 2\u0027 27.8412\u0022 N\u003c\u002fabbr\u003e, \u003cabbr class=\u0022longitude\u0022 title=\u0022-96.706963\u0022\u003e96° 42\u0027 25.0668\u0022<br>• A data field:  e.g., address, phone number, ATM functionality/availability, location hours, manager<br><br>The Comerica Branch/ATM Locator presumably runs a search by comparing the user-entered search criteria to geographical locations of Comerica locations in a database to identify the Comerica locations geographically closest to the user-entered search criteria.<br><br>During Comerica testing of the Comerica Branch/ATM Locator, this step is performed involving the same "computer" involved in performing the other steps of this claim. |
| b. converting said coordinates to an appropriately proportionate representation on said computer, and | The Comerica Branch/ATM Locator satisfies step (b) by performing the step of "converting said coordinates to an appropriately proportionate representation on said computer."<br><br>During Comerica testing of the Comerica Branch/ATM Locator, the Comerica Branch/ATM Locator returns a map according to a predetermined zoom level involving the same "computer" performing the other steps of this claim.  The Comerica Branch/ATM Locator also returns a map according to a predetermined size.  For example, the exemplary code below defines the map zoom level and size:<br><br>`{ "auto1map": { "width": "100%", "height": "450px", "zoom": 4, "maxzoom": "14",`<br><br>Based on the layout of the Comerica Branch/ATM Locator, the zoom level and size each provide for the display of an appropriately proportionate representation. |
| c. displaying selectably scalably said items on said computer whereby said user may quickly receive and display timely situation information mapped in the context of spatial information, | The Comerica Branch/ATM Locator satisfies step (c) by performing the step of "displaying selectably scalably said items on said computer whereby said user may quickly receive and display timely situation information mapped in the context of spatial information, including appropriate to a geographical or other area, in which said mappable hypertext items are quickly received, mapped, and optionally executably selected by said user to provide additional of said situation information or received, stored, and transmitted by a provider of said situation information."<br><br>During Comerica testing of the Comerica Branch/ATM Locator, the Comerica Branch/ATM Locator causes the mappable hypertext items that are displayed on a map to appear based on the user-entered search criteria involving the same computer that performs steps (a) and (b) above.  The scale (or zoom) of the map is initialized to a predetermined value, but a different scale map be selected by the user.  For example, a different scale may be performed by selecting the "+" or "-" symbols displayed on the left side of the map.   Selecting the "+" symbol results in zooming in on the displayed map, whereas selecting the "-" symbol results in zooming out of the displayed map.<br><br>The map image displays hypertext items corresponding to the user-entered search criteria.  Information displayed about places or locations |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| including appropriate to a geographical or other area, in which said mappable hypertext items are quickly received, mapped, and optionally executably selected by said user to provide additional of said situation information or received, stored, and transmitted by a provider of said situation information. | based upon the user-entered search criteria constitutes timely situation information, including an event, or condition, occurring or about to occur at the places or locations, such as  address and contact information, the kind of services currently available at any particular location (e.g., "Full Service," "Drive Through"), an image of the places (e.g.  branch location), and the option to provide directions to the selected location.  The locations are geographically relevant (e.g., closest in distance amongst all of the locations) to the user-entered search criteria. Further, each of the locations is displayed on a map, and are thus, "mapped in the context of spatial information, including appropriate to a geographical or other area."<br><br>The mappable hyptertext items, e.g., the markers representing the locations, are received, mapped and optionally executable to provide additional situation information.  The markers are received and displayed on the map according to the coordinates associated with each location.  Each marker may also be "optionally executable," when the different tabs such as "ATM", "Hours", and "Manager" are clicked, providing additional situation information (e.g., address, phone number, location type, directions, ATM functionality, ATM availability, location hours, drive-through hours, manager name and phone number, etc.).  Accordingly, the "additional situation information" is the information displayed in response to clicking tabs or links associated with a given marker. |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
|  |  |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | The above steps are also performed when the Comerica Branch/ATM Locator communicatively executes transmittable hypertext items to end users under the Doctrine of Equivalence.  In particular, the Comerica Branch/ATM Locator infringes step (c) under the doctrine of equivalents, because the Comerica Branch/ATM Locator performs substantially the same function in substantially the same way to achieve substantially the same results and any alleged differences between the Comerica Branch/ATM Locator and step (c) are insubstantial.<br><br>Under the Court's construction of "said computer," "displaying…on said computer" requires the computer which performed steps (a) and (b) of Claim 11 to cause the mappable hypertext items to appear on the same computer.  While the Comerica Branch/ATM Locator literally performs steps (a) and (b) and the step of "displaying" as construed by the Court (i.e., the Comerica Branch/ATM Locator "displays" the mappable hypertext items by causing them to appear), the Comerica Branch/ATM Locator may not cause the items to appear on the same computer (e.g., Comerica's own computer); the items are caused to appear on a different computer (e.g., a user's computer).  However, causing the items to appear on the same computer or a different computer is an insubstantial difference, and the Comerica Branch/ATM Locator infringes element (c) under the doctrine of equivalents by performing substantially the same function in substantially the same way to achieve substantially the same result as follows:<br><br>**Function**:  The function of element (c) is recited in the claim:  "display timely situation information mapped in the context of spatial information."  The Comerica Branch/ATM Locator performs this function by causing Branch/ATM locations which are relevant to the user-entered search criteria to appear.<br>**Way**:  The way the Comerica Branch/ATM Locator performs this function is by preparing instructions (e.g., computer code) for causing certain Branch/ATM locations to appear on the computer.  The instructions are transmitted to a computer with a program (e.g., a browser) that can interpret the instructions.<br>**Result**:  The result of element (c) is that the items are displayed on a computer.  For example, the program (e.g., a browser) interprets the instructions to display the items.  Under the Court's construction of "said computer," the same computer that prepared the instructions also includes the browser for displaying the items.  However, it is a substantially the same result to have the instructions communicated to a second computer which includes a program (e.g., a browser) that interprets the instructions to display the items.  The instructions do not need to be modified in any way for display by the program on the second computer, because the programs must operate similarly to ensure that the items are displayed as intended.  The only difference would be to establish a communication link between the computer and the second computer, to allow the computer to transmit the instructions to the second computer. |

**Comerica Incorporated Branch/ATM Locator Infringes U.S. Patent No. 6,091,956**
**Exhibit B**

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| 11. A method of communicatively executing, including making apparent to the aural and tactile senses of the user, one or more transmittable mappable hypertext items representing people, organisms, and objects, including buildings, roads, vehicles, and signs, on a computer in a manner scalably representing interrelationships of said objects, comprising the steps of: | Pursuant to the Court's Construction Order, the preamble, including "making apparent to the aural and tactile senses of the user," is not a limitation.<br><br>Comerica induces infringement of Claim 11 by causing a user's computer, and in particular, an Internet browser on the user's computer, to communicate transmittable hypertext items representing objects (e.g., places or Banking Centers, 24-hour ATMs, and Drive-throughs) which are received from the Comerica Branch/ATM Locator.  The places or locations are shown on scaled maps that show the relative position of these locations with respect to a location specified by the user.  *See, e.g.*, the following screenshot showing various mapped locations. |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| a. searching each of one or more unique mappable information code sequences, each of which said code sequences serving to uniquely represent one of said items and copied from the memory of said computer or received from an alternate source, for a field containing geographical coordinates, said each of said code sequences includes an item reference field, a name field, a location field including said geographical coordinates, and a data field, | Comerica induces a user visiting the Comerica Locator using a "computer" to perform the step of "searching each of one or more unique mappable information code sequences, each of which said code sequences serving to uniquely represent one of said items and copied from the memory of said computer or received from an alternate source, for a field containing geographical coordinates, said each of said code sequences includes an item reference field, a name field, a location field including said geographical coordinates, and a data field."<br><br>When the user enters search criteria (e.g., a city and state or a zip code, and optionally a type of location) and clicks the "FIND LOCATIONS" button, the user's computer causes a search of a database of unique mappable information code sequences for a field containing geographical coordinates. By requiring that the user-entered search criteria include geographical information (e.g., city/state or zip code), the search caused to be performed by the user's computer is limited to a search for geographical coordinates. The user-entered search criteria in this example are all Comerica locations near "Plano TX", which the user's computer uses to construct a query string: http://campaign.comerica.com/local?search=plano+tx&type=All&x=70&y=11. The user's computer sends the query string is sent to a Comerica computer (e.g., a server) which parses the query string to identify the search parameters – "plano" "tx" and "all" locations. The Comerica computer compares the search parameters to Comerica Branch/ATM location entries in a database. Each entry in this database of locations is a unique mappable information code sequence, because each entry contains information, including geographical coordinates, about the Comerica location to which it corresponds.<br><br>The publicly-available code for the Comerica Branch/ATM Locator shows that it contains a number of elements that are populated with information about particular Comerica locations. An example entry from the map for one of the Comerica locations identified in the map above is excerpted below.<br><br>```Comerica Bank\u003cbr\u002f\u003eParker-Premier        \u003c\u002fdiv\u003e\u000a\u003cdiv class=\u0022address\u0022\u003e\u003cdiv class=\u0022location vcard\u0022\u003e\u003cdiv class=\u0022adr\u0022\u003e\u000a\u003cspan class=\u0022fn\u0022\u003e\u003c\u002fspan\u003e\u000a\u003cdiv class=\u0022street-address\u0022\u003e3310 Premier Road\u003c\u002fdiv\u003e\u000a\u003cspan class=\u0022locality\u0022\u003ePlano\u003c\u002fspan\u003e, \u003cspan class=\u0022region\u0022\u003eTX\u003c\u002fspan\u003e \u003cspan class=\u0022postal-code\u0022\u003e75023\u003c\u002fspan\u003e\u000a\u003cdiv class=\u0022country-name\u0022\u003eUnited States\u003c\u002fdiv\u003e\u000a\u003cspan class=\u0022geo\u0022\u003e\u003cabbr class=\u0021latitude\u0022 title=\u002233.041067\u0022\u003e33° 2\u0027 27.8412\u0022 N\u003c\u002fabbr\u003e, \u003cabbr class=\u0021longitude\u0022 title=\u0022-96.706963\u0022\u003e96° 42\u0027 25.0668\u0022 W\u003c\u002fabbr\u003e\u003c\u002fspan\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003cdiv class=\u0022map-link\u0022\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003cdiv class=\u0022phone\u0022\u003e\u000a\u003cspan\u003ePhone:\u003c\u002fspan\u003e\u000a          (972) 422-7102 \u003c\u002fdiv\u003e\u000a                \u003cdiv``` |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|

```
class=\u0022fax\u0022\u003e\u000a          \u003cspan\u003eFax:\u003c\u002fspan\u003e\u000a
(972) 424-3879     \u003c\u002fdiv\u003e\u000a                    \u003cdiv
class=\u0022customer-service\u0022\u003e\u000a          \u003cspan\u003eCustomer
service:\u003c\u002fspan\u003e\u000a          (800) 925-2160     \u003c\u002fdiv\u003e\u000a
\u003cdiv class=\u0022branch-type\u0022\u003eFull Service, Drive
Through\u003c\u002fdiv\u003e\u000a          \u003cdiv class=\u0022gmap-directions\u0022\u003e\u000a
\u003ca
href=\u0022http:\u002f\u002fmaps.google.com\u002fmaps?daddr=3310%20Premier%20Road%2C%20Plano%2C%2
0TX%2C%2075023\u0022 target=\u0022_blank\u0022\u003eDirections to here\u003c\u002fa\u003e\u000a
\u003c\u002fdiv\u003e\u000a          \u003cdiv class=\u0022gmap-streetview\u0022\u003e\u000a
\u003ca href=\u0022javascript:void(0);\u0022\u003eStreet view\u003c\u002fa\u003e\u000a
\u003c\u002fdiv\u003e\u000a          \u003c\u002fdiv\u003e\u000a          \u003cdiv
id=\u0022atm\u0022\u003e\u000a          \u003cdiv class=\u0022atm-
functionality\u0022\u003e\u000a          \u003eATM
Functionality:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a          Full Service Drive-Up
\u003c\u002fdiv\u003e\u000a          \u003cdiv class=\u0022atm-
availability\u0022\u003e\u000a          \u003cstrong\u003eATM
Availability:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a          24 hours a day 7 days a
week       \u003c\u002fdiv\u003e\u000a          \u003cdiv class=\u0022atm-
location-type\u0022\u003e\u000a          \u003cstrong\u003eLocation
Type:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a          Branch
\u003c\u002fdiv\u003e\u000a          \u003c\u002fdiv\u003e\u000a          \u003cdiv
id=\u0022hours\u0022\u003e\u000a          \u003cdiv class=\u0022branch-
hours\u0022\u003e\u000a          \u003cstrong\u003eBanking Center
Hours:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a          M-TH 9:00 - 4:00, F 9:00 -
6:00, SA 9:00 - 12:00       \u003c\u002fdiv\u003e\u000a          \u003cdiv
class=\u0022drivein-hours\u0022\u003e\u000a          \u003cstrong\u003eDrive-in
Hours:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a          M-F 7:30 - 6:00, S 9:00 - 12:00
\u003c\u002fdiv\u003e\u000a          \u003c\u002fdiv\u003e\u000a          \u003cdiv
id=\u0022manager\u0022\u003e\u000a          \u003cdiv class=\u0022manager-
name\u0022\u003e\u000a
\u003cstrong\u003eManager:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a          Molly
Toombs     \u003c\u002fdiv\u003e\u000a          \u003cdiv class=\u0022manager-
phone\u0022\u003e\u000a          \u003cstrong\u003eManager
Phone:\u003c\u002fstrong\u003e\u003cbr\u002f\u003e\u000a          (972) 422-7102
\u003c\u002fdiv\u003e\u000a          \u003c\u002fdiv\u003e\u000a
\u003c\u002fdiv\u003e\u000a
\u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e\u000a\u003c\u002fdiv\u003e", "opts": { "title":
"", "highlight": 0, "highlightcolor": "#FF0000" }, "nid": "1002" }, { "latitude": 32.974706,
"longitude": -96.709304, "markername": "comerica", "offset": 1,
```

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | This example shows that a database entry for a location contains, "an item reference field, a name field, a location field including said geographical coordinates, and a data field."  The following list identifies exemplars for each of these fields:<br><br>• An item reference field:  Presumably, each location includes an identifier, e.g., a database record number, a location number, etc. Each location also includes a unique value for the variable "nid", e.g., for the Parker-Premier location "nid=1002"<br>• A name field:  Parker-Premier<br>• A location field including said geographical coordinates: class=\u0022latitude\u0022 title=\u002233.041067\u0022\u003e33° 2\u0027 27.8412\u0022 N\u003c\u002fabbr\u003e, \u003cabbr class=\u0022longitude\u0022 title=\u0022-96.706963\u0022\u003e96° 42\u0027 25.0668\u0022<br>• A data field:  e.g., address, phone number, ATM functionality/availability, location hours, manager<br><br>The Comerica computer presumably compares the user-entered search criteria to the geographical locations of entries of Comerica locations in a database to identify the Comerica locations geographically closest to the user-entered search criteria.<br><br>The "computer" used by the user to perform this step is the same "computer" used to perform the other steps of this claim. |
| b. converting said coordinates to an appropriately proportionate representation on said computer, and | Comerica induces  a user visiting the Comerica Locator using a "computer" to perform the step of "converting said coordinates to an appropriately proportionate representation on said computer."<br><br>The user's computer includes a program (e.g., a browser) which converts computer code received from the Comerica computer into a map according to a predetermined zoom level and predetermined size.  For example, the exemplary code below defines the map zoom level and size:<br><br>`{ "auto1map": { "width": "100%", "height": "450px", "zoom": 4, "maxzoom": "14",`<br><br>Based on the layout of the Comerica Branch/ATM Locator, the zoom level and size each provide for the display of an appropriately proportionate representation.<br><br>The "computer" used by the user to perform this step is the same "computer" used to perform the other steps of this claim. |
| c. displaying selectably scalably said items on said computer whereby said user may quickly receive and | Comerica induces  a user visiting the Comerica Locator using a "computer" to perform the step of "displaying selectably scalably said items on said computer whereby said user may quickly receive and display timely situation information mapped in the context of spatial information, including appropriate to a geographical or other area, in which said mappable hypertext items are quickly received, mapped, and optionally executably selected by said user to provide additional of said situation information or received, stored, and transmitted by a provider of said situation information."<br><br>The user's computer includes a program (e.g., a browser) that causes the mappable hypertext items that are displayed on a map to appear on |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| display timely situation information mapped in the context of spatial information, including appropriate to a geographical or other area, in which said mappable hypertext items are quickly received, mapped, and optionally executably selected by said user to provide additional of said situation information or received, stored, and transmitted by a provider of said situation information. | the user's computer based on the user-entered search criteria.  The scale (or zoom) of the map is initialized to a predetermined value, but a different scale map be selected by the user.  For example, a different scale may be performed by selecting the "+" or "-" symbols displayed on the left side of the map.   Selecting the "+" symbol results in zooming in on the displayed map, whereas selecting the "-" symbol results in zooming out of the displayed map.<br><br>The map image displays hypertext items corresponding to the user-entered search criteria.   Information displayed about places or locations based upon the user-entered search criteria constitutes timely situation information, including, an event, or condition, occurring or about to occur at the places or location, such as a place's current address and contact information, the kind of services available at any particular location (e.g., "Full Service," "Drive Through"), an image of the place (e.g., specific branch), and the option to provide directions to the selected location.  The locations are geographically relevant (e.g., closest in distance amongst all of the locations) to the user-entered search criteria.  Further, each of the locations is displayed on a map, and are thus, "mapped in the context of spatial information, including appropriate to a geographical or other area."<br><br>The mappable hyptertext items, e.g., the markers representing the locations, are received, mapped and optionally executable to provide additional situation information.  The markers are received and displayed on the map according to the coordinates associated with each location.  Each marker may also be "optionally executable," when the different tabs such as "ATM", "Hours", and "Manager" are clicked, additional situation information (e.g., address, phone number, location type, directions, ATM functionality, ATM availability, location hours, drive-through hours, manager name and phone number, etc.) is provided.  Accordingly, the "additional situation information" is the information displayed in response to clicking tabs or links associated with a given marker. |

| U.S. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |

**Comerica Incorporated Infringes U.S. Patent No. 6,091,956**
**Exhibit C**

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| A method of communicatively executing, including making apparent to the aural and tactile senses of the user, one or more transmittable mappable hypertext items representing people, organisms, and objects, including buildings, roads, vehicles, and signs, on a computer in a manner | The Court has ruled that the preamble, including making apparent to the aural and tactile senses of the user, is not a limitation.<br><br>Comerica indirectly infringes Claim 11 by inducing website visitors visiting the Comerica Branch/ATM Locator to perform the "method of communicatively executing, including making apparent to the aural and tactile senses of the user, one or more transmittable mappable hypertext items representing people, organisms, and objects, including buildings, roads, vehicles, and signs, on a computer in a manner scalably representing interrelationships of said objects."<br><br>A user that visits the Comerica website, http://www.comerica.com/, may find a Comerica Branch/ATM location by following the link for its Branch/ATM Locator:<br><br> |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| scalably representing interrelationships of said objects, comprising the steps of: | The Comerica Branch/ATM Locator then takes the user to a separate page where the user may enter a geographical search criteria and receive a list of Branch/ATM locations near the specified criteria, for example the zip code 75219:  |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | When the user selects a specific Branch/ATM location from the list provided or the markers shown by the Comerica Branch/ATM Locator, the browser on the user's computer communicatively executes one or more transmittable mappable hypertext items in a manner scalably representing interrelationships of objects:<br><br> |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| a. searching each of one or more unique mappable information code sequences, each of which said code sequences serving to uniquely represent one of said items and copied from the memory of said computer or received from an alternate source, for a field containing geographical coordinates, said each of said code sequences | Comerica induces website visitors visiting the Comerica Branch/ATM Locator to perform the step of "searching each of one or more unique mappable information code sequences, each of which said code sequences serving to uniquely represent one of said items and copied from the memory of said computer or received from an alternate source, for a field containing geographical coordinates, said each of said code sequences includes an item reference field, a name field, a location field including said geographical coordinates, and a data field."

The phrase "mappable hypertext item" is construed to mean "text or one or more symbols, displayable on a map, that can be selected to access additional information."

When an end user's browser receives an HTML document from the Comerica Branch/ATM server containing the JavaScript and HTML code for the Comerica Branch/ATM Locator, the browser parses and executes the code.

Executing the code causes the browser to search "each of one or more unique mappable information code sequences…for a field containing geographical coordinates."

The unique mappable information code sequence, which is received from the Comerica Branch/ATM server – "an alternate source" – uniquely, represents a mappable hypertext item, such as a marker representing a Comerica Branch/ATM location, for example, as shown below: |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| includes an item reference field, a name field, a location field including said geographical coordinates, and a data field, | <br><br>*http://campaign.comerica.com/local?search=75219&type=All&.x=78&.y=19*<br><br>The Comerica Branch/ATM markers can be accessed to receive additional information by, for example, the user clicking on the marker.  *See, e.g.*, the figures below: |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | The publicly available Comerica Branch/ATM Locator website contains the code sequence that uniquely represents each of the mappable hypertext items and includes a field containing geographical coordinates, such as latitude and longitude information that matches zip codes through the use of geocoding. *See, e.g.*, the following code excerpt from the publicly available Comerica Branch/ATM Locator website: |

```
            "markermode": "1",
            "id": "local_map_large",
            "longitude": "-95.185546875",
            "latitude": "39.30029918615029",
            "markers": [{
                "latitude": 32.816565,
                "longitude": -96.792458,
                "markername": "comerica",
                "offset": 0,
                "text": "\x3cdiv class=\"gmap-popup\"\x3e\x3cdiv class=\"gmap-popup\"\x3e\n
  \x3c!--nid:784--\x3e\n  \x3cdiv class=\"gmap-popup-inner\"\x3e\n    \x3cdiv class=
\"ui-tabs\" style=\"height: 165px;\"\x3e\n      \x3cul class=\"ui-tabs-nav\"\x3e\n
   \x3cli class=\"first\"\x3e\x3ca href=\"#general\"\x3eGeneral\x3c/a\x3e\x3c/li\x3e\n
              \x3cli class=\"\"\x3e\x3ca href=\"#atm\"\x3eATM\x3c/a\x3e\x3c/li\x3e\n
                   \x3cli class=\"\"\x3e\x3ca href=\"#hours\"\x3eHours\x3c/a\x3e

…
    "latitude": 32.792111,
    "longitude": -96.805646,
    "markername": "comerica_atm2",
    "offset": 1,
```

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|

```
    "text": "\x3cdiv class=\"gmap-popup\"\x3e\x3cdiv class=\"gmap-popup\"\x3e\n
   \x3c!--nid:3079--\x3e\n   \x3cdiv class=\"gmap-popup-inner\"\x3e\n
\x3cdiv class=\"ui-tabs\" style=\"height: 165px;\"\x3e\n      \x3cul class=
\"ui-tabs-nav\"\x3e\n        \x3cli class=\"first\"\x3e\x3ca href=
\"#general\"\x3eGeneral\x3c/a\x3e\x3c/li\x3e\n              \x3cli class=
\"\"\x3e\x3ca href=\"#atm\"\x3eATM\x3c/a\x3e\x3c/li\x3e\n
         \x3c/ul\x3e\n       \x3cdiv id=\"general\"\x3e\n
```

Each of the code sequences includes an item reference field, a name field, a location field including the geographical coordinates, and a data field. *See, e.g.*, the following:

```
        "markers": [{
           "latitude": 32.816565,          ←  location field
           "longitude": -96.792458,
           "markername": "comerica",       ←  name field
           "offset": 0,
           "text": "\x3cdiv class=\"gmap-popup\"\x3e\x3cdiv class=\"gmap-popup\"\x3e\n
   \x3c!--nid:784--\x3e\n   \x3cdiv class=\"gmap-popup-inner\"\x3e\n    \x3cdiv class=
\"ui-tabs\" style=\"height: 165px;\"\x3e\n      \x3cul class=\"ui-tabs-nav\"\x3e\n        ← data
   \x3cli class=\"first\"\x3e\x3ca href=\"#general\"\x3eGeneral\x3c/a\x3e\x3c/li\x3e\n     ← field
          \x3cli class=\"\"\x3e\x3ca href=\"#atm\"\x3eATM\x3c/a\x3e\x3c/li\x3e\n
             \x3cli class=\"\"\x3e\x3ca href=\"#hours\"\x3eHours\x3c/a\x3e
…
        "opts": {
           "title": "",
           "highlight": 0,
           "highlightcolor": "#FF0000"
        },
        "nid": "784"          ←  item reference field
```

8

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | The browser searches the code sequence associated with each marker shown above for geographical coordinates by, for example, executing the code associated with the functions "Drupal.gmap.addHandler ('gmap', function (elem) {}" and "Drupal.gmap.factory.marker". *See, e.g.,* the following code excerpts: <br><br> ```Drupal.gmap.addHandler('gmap', function (elem) {  var obj = this;    obj.bind('init', function () {    if (obj.vars.behavior.autozoom) {      obj.bounds = new GLatLngBounds();    }  });    obj.bind('addmarker', function (marker) {    var m = Drupal.gmap.factory.marker(new GLatLng(marker.latitude, marker.longitude), marker.opts);    marker.marker = m;    GEvent.addListener(m, 'click', function () {      obj.change('clickmarker', -1, marker);    });  …  Drupal.gmap.factory.marker = function (loc, opts)  {      return new GMarker(loc, opts);  };``` |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| b. converting said coordinates to an appropriately proportionate representation on said computer, and | Comerica induces website visitors visiting the Comerica Branch/ATM Locator to perform the step of "converting said coordinates to an appropriately proportionate representation on said computer." <br><br> The browser on the user's computer converts each geographical coordinate identified to an appropriately proportionate representation on the user's computer by creating each mappable hypertext item, for example by executing the code associated with the function "Drupal.gmap.factory.marker". The latitude and longitude geographical coordinates that are searched and identified for each mappable information code sequence are used in creating each marker. The Comerica Branch/ATM Store Locator identifies these geographical coordinates as variables "marker.latitude" and "marker.longitude," which it uses for creating each marker. *See, e.g.*, the following code excerpt: |

```
Drupal.gmap.addHandler('gmap', function (elem) {
  var obj = this;

  obj.bind('init', function () {
    if (obj.vars.behavior.autozoom) {
      obj.bounds = new GLatLngBounds();
    }
  });

  obj.bind('addmarker', function (marker) {
    var m = Drupal.gmap.factory.marker(new
GLatLng(marker.latitude, marker.longitude), marker.opts);
    marker.marker = m;
    GEvent.addListener(m, 'click', function () {
      obj.change('clickmarker', -1, marker);
    });
…
Drupal.gmap.factory.marker = function (loc, opts)
{
    return new GMarker(loc, opts);
};
```

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | The browser converts the latitude and longitude geographic coordinates to an appropriate proportionate representation for each marker on the user's computer using standard function, "obj.map.getBoundsZoomLevel ()" and "obj.map.setCenter()," in Google's API. *See, e.g.*, the following:<br><br>```<br>Drupal.gmap.addHandler('gmap', function (elem)<br>{<br>…<br>    obj.bind('markersready', function ()<br>    {<br>        // If we are autozooming, set the map center at this time.<br>        if (obj.vars.behavior.autozoom)<br>        {<br>            if (!obj.bounds.isEmpty())<br>            {<br>                obj.map.setCenter(obj.bounds.getCenter(), Math.min<br>                (obj.map.getBoundsZoomLevel(obj.bounds), obj.vars.maxzoom));<br>            }<br>        }<br>    });<br>…<br>``` |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | ```
if (obj.vars.behavior.autozoom)
{
    obj.bounds.extend(marker.marker.getPoint());
}
// If the highlight arg option is used in views highlight the marker.
if (marker.opts.highlight == 1)
{
    highlightMarker(obj.map, marker, 'viewHighlight',
    marker.opts.highlightcolor);
}
``` |
| c. displaying selectably scalably said items on said computer whereby said user may quickly receive and display timely situation information mapped in the context of spatial information, including appropriate | Comerica induces website visitors visiting the Comerica Branch/ATM Locator to perform the step of "displaying selectably scalably said items on said computer whereby said user may quickly receive and display timely situation information mapped in the context of spatial information, including appropriate to a geographical or other area, in which said mappable hypertext items are quickly received, mapped, and optionally executably selected by said user to provide additional of said situation information or received, stored, and transmitted by a provider of said situation information."<br><br>The Court has construed this step in the following manner:<br><br>"displaying selectably scalably said items on said computer,<br><br>whereby said user may, quickly, receive and display timely situation information mapped in the context of spatial information, including spatial information appropriate to a geographical or other area, and<br><br>whereby said mappable hypertext items are, quickly, either:<br>(1) received, mapped, and optionally executably selected by said user to provide additional of said situation information; or<br>(2) received by a provider of said situation information, stored by a provider of said situation information, and transmitted by a provider of said situation information"<br>The term "displaying" is construed to mean "said computer causing to appear." |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| to a geographical or other area, in which said mappable hypertext items are quickly received, mapped, and optionally executably selected by said user to provide additional of said situation information or received, stored, and transmitted by a provider of said situation information. | The browser causes the mappable hypertext items to appear on the user's computer selectably scalably by executing the code for the function "Drupal.gmap.addHandler('gmap', function (elem) {..})."  *See, e.g,* the following:<br><br>`/////////////////////////////////`<br>`//        Map widget            //`<br>`/////////////////////////////////`<br>`Drupal.gmap.addHandler('gmap', function (elem) {`<br>`  var obj = this;`<br><br>`  var _ib = {};`<br><br>`…`<br>`jQuery.extend(Drupal.settings, { "basePath": "/",`<br>`"accenture_ado": { "workspace": "", "preview": false,`<br>`"levels": [  ] }, "colorbox": { "transition": "elastic",`<br>`"speed": 350, "opacity": "0.85", "slideshow": false,`<br>`"slideshowAuto": false, "slideshowSpeed": 2500,`<br>`"slideshowStart": "", "slideshowStop": "", "current": "`<br>`{current} of {total}", "previous": "« Prev", "next": "Next`<br>`»", "close": "Close", "overlayClose": true, "maxWidth":`<br>`"100%", "maxHeight": "100%" }, "baseUrl":`<br><br>`…`<br>`  <div class="view-inner-attachment_1">`<br>`       <div class="view-content">`<br>`          <div style="width: 100%; height: 386px;" id="gmap-`<br>`local_map_large-gmap0" class="gmap-control gmap-gmap gmap`<br>`gmap-map gmap-local_map_large-gmap">Please be patient as`<br>`the Comerica banking center map loads. This map requires`<br>`JavaScript. Please ensure JavaScript is enabled within your`<br>`browser.</div>      </div>`<br><br>`       </div>`<br><br>The phrase "selectably scalably" means "capable of being chosen for adjustment in size or detail."  The specification teaches, for |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | example, that "[a]ll the aforementioned items are displayed according to their geographic locations in the scale of the area to be viewed on the display, which area to be viewed is selectable and may be zoomed in or out…" Col. 22:51-55.<br><br>The scale (or zoom) of the map is initialized to a predetermined value but a different scale map may be selected by the user. For example, a different scale may be performed by selecting the "+" or "-" symbols displayed on the left side of the map.   Selecting the "+" symbol results in zooming in on the displayed map, whereas selecting the "-" symbol results in zooming out of the displayed map, as shown below:<br><br> |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | Additionally, the items may be chosen for adjustment in detail, for example, when the user mouses over each item by changing the displayed image of the marker and providing situation information.  *See, e.g.*, the graphic below:<br><br> |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | *See, also*, the sample publically available code excerpt: |

```
/////////////////////////////////////
//           Map widget             //
/////////////////////////////////////
Drupal.gmap.addHandler('gmap', function (elem) {
  var obj = this;

  var _ib = {};


  // Respond to incoming zooms
  _ib.zoom = obj.bind("zoom", function () {
    obj.map.setZoom(obj.vars.zoom);
  });

  // Respond to incoming moves
  _ib.move = obj.bind("move", function () {
    obj.map.panTo(new GLatLng(obj.vars.latitude,
obj.vars.longitude));
  });

  // Respond to incoming map type changes
  _ib.mtc = obj.bind("maptypechange", function () {
    var i;
    for (i = 0; i < obj.opts.mapTypeNames.length; i++) {
      if (obj.opts.mapTypeNames[i] === obj.vars.maptype) {
        obj.map.setMapType(obj.opts.mapTypes[i]);
        break;
      }
    }
  });

  // Respond to incoming width changes.
  _ib.width = obj.bind("widthchange", function (w) {
    obj.map.getContainer().style.width = w;
    obj.map.checkResize();
  });
  // Send out outgoing width changes.
  // N/A
  // Respond to incoming height changes.
  _ib.height = obj.bind("heightchange", function (h) {
    obj.map.getContainer().style.height = h;
    obj.map.checkResize();
  });
  // Send out outgoing height changes.
  // N/A
```

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | The mappable hypertext items are displayed such that the "user may, quickly, receive and display timely situation information mapped in the context of spatial information, including spatial information appropriate to a geographical or other area." <br><br> The Court has construed the term "timely situation information" to mean "timely information about an event, or a condition, occurring or about to occur at a place." <br><br> The Comerica Branch/ATM Locator provides timely situation information, including an event, or condition, occurring or about to occur at the places or locations displayed on the user's computer, such as a place's current address, contact information, customer service information, the location of a place, the kind of services available at any particular location (e.g., "Full Service," "Drive Through"), an image of the place (e.g., the branch location), and the option to provide directions to the selected location. The locations are geographically relevant (e.g., closest in distance amongst all of the locations) to the user-entered search criteria.  Further, each of the locations is displayed on a map, and are thus, "mapped in the context of spatial information, including appropriate to a geographical or other area." <br> *See, e.g.*, the following: |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | (see code below) |

```
// Default marker actions.
obj.bind('clickmarker', function (marker)
{
    // Local/stored content
    if (marker.text)
    {
        marker.marker.openInfoWindowHtml(marker.text);
    }
    // AJAX content
    if (marker.rmt)
    {
        var uri = marker.rmt;
        // If there was a callback, prefix that.
        // (If there wasn't, marker.rmt was the FULL path.)
        if (obj.vars.rmtcallback)
        {
            uri = obj.vars.rmtcallback + '/' + marker.rmt;
        }
…
```

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | <br><br> |

```
        $.get(uri, {}, function (data)
        {
            marker.marker.openInfoWindowHtml(data);
        });
    }
    // Tabbed content
    else if (marker.tabs)
    {
        var infoWinTabs = [];
        for (var m in marker.tabs)
        {
            if (marker.tabs.hasOwnProperty(m))

                {
                    infoWinTabs.push(new GInfoWindowTab(m, marker.tabs[m]));
                }
            }
            marker.marker.openInfoWindowTabsHtml(infoWinTabs);
        }
        // No content -- marker is a link
        else if (marker.link)
        {
            open(marker.link, '_self');
        }
    });

    …
```

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | ```
obj.bind('markersready', function ()
{
    // If we are autozooming, set the map center at this time.
    if (obj.vars.behavior.autozoom)
    {
        if (!obj.bounds.isEmpty())
        {
            obj.map.setCenter(obj.bounds.getCenter(), Math.min
            (obj.map.getBoundsZoomLevel(obj.bounds), obj.vars.maxzoom));
        }
    }
});
…
``` |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| | ```
Drupal.gmap.addHandler('gmap', function (elem)
{
    var obj = this;

    obj.bind('addmarker', function (marker)
    {
        obj.map.addOverlay(marker.marker);
    });

    obj.bind('delmarker', function (marker)
    {
        obj.map.removeOverlay(marker.marker);
    });

    obj.bind('clearmarkers', function ()
    {
        // @@@ Maybe don't nuke ALL overlays?
        obj.map.clearOverlays();
    });
});
```
*See also*, the displayed situation information: |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |

Additionally, the mappable hypertext items are quickly "received, mapped, and optionally executably selected by said user to provide additional of said situation information." The phrase "optionally executably selected…" is construed to mean "displayed in a manner that permits the user to select the item so as to provide additional situation information about the item."

When the different tabs such as "ATM", "Hours", and "Manager" are clicked, additional situation information (e.g., address, phone number, location type, directions, ATM functionality, ATM availability, location hours, drive-through hours, manager name and phone number, etc.) is provided. *See, e.g.,* the following:

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |

| Claim 11 of U.S. Patent No. 6,091,956 | Comerica Branch/ATM Locator |
|---|---|
| |  |