IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LBS INNOVATIONS LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> AARON BROTHERS, INC., *et al.*, § <br> § <br> Defendants. § | Civil Action No. 2:11-cv-00142 <br><br> Jury Trial Demanded |

### ORDER GRANTING UNOPPOSED MOTION
### TO WITHDRAW CERTAIN DEFENDANTS' MOTION TO DISMISS

Having considered the Unopposed Motion To Withdraw Certain Defendants' Motion To Dismiss With Prejudice (Doc. No. 280), the Court hereby GRANTS said motion.

It is therefore ORDERED that the Clerk withdraw Certain Defendants' Motion to Dismiss with Prejudice (Dkt. No. 278).

**It is SO ORDERED.**

**SIGNED this 19th day of September, 2012.**

*/s/ Michael H. Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE