# United States District Court
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LBS INNOVATIONS LLC | § § § | |
| v. | § § § | Case No. 2:11-cv-142 |
| AARON BROTHERS, INC., ET AL | § | |

### ORDER FOR CLOSING DOCUMENTS

On September 13, 2012, the Plaintiff LBS Innovations, LLC and Defendants Academy Ltd., Comerica, Incorporated, CompUSA.com Inc., Tiger Direct, Inc., Hotels.com L.P., Rug Doctor, Inc. and Whole Foods Market, Inc. (collectively Moving Defendants) notified the Court that these parties have reached a compromise and settlement in the above-styled action (Doc. No. 281). Accordingly,

It is hereby **ORDERED** that these parties or their counsel shall submit to the Court all papers necessary for the closing of this case as to these parties on or before **October 15, 2012 at 5:00 p.m.** If such papers are not received by the Court by the scheduled deadline, the Court may order that this portion of the case be dismissed or may enter such orders as are just and necessary to ensure proper resolution of this portion of the case.

The Moving Defendants are relieved from all pending deadlines and appearances.

**It is SO ORDERED.**

**SIGNED this 19th day of September, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE